```
                                              FILED

                                         2019 JUL 10  P 12:42

                                         CLERK, U.S. DISTRICT COURT
                                       SOUTHERN DISTRICT OF CALIFORNIA

                                        BY:   SLG        DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2019 Grand Jury

| UNITED STATES OF AMERICA, | Case No. 19CR2564 CAB |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | Title 22, U.S.C., Secs. 2778(b)(2), and (c); and Title 22, CFR, Secs. 121.1, 123.1, 127.1(a)(1) - Attempt to Export Defense Articles Without a License |
| QINGSHAN LI, | |
| Defendant. | |

The grand jury charges:

At all times relevant to this Indictment, unless otherwise indicated:

1. Defendant QINGSHAN LI was a national of the People's Republic of China ("PRC").

//
//
//
//

JNP:AFF:nlv:San Diego:7/9/19

THE ARMS EXPORT CONTROL ACT

2. The export of defense articles was regulated by the Arms Export Control Act, Title 22, United States Code, Section 2778 ("AECA"). Section 2778(a) authorized the President of the United States to control the import and export of defense articles and to establish a United States Munitions List ("USML"), which identified and defined the defense articles subject to these controls. Section 2778(b) provided that any person engaged in the business of manufacturing or exporting any defense articles shall register with the government. Section 2778(c) established criminal penalties for any willful violation of Section 2778 or any rule or regulation thereunder.

3. The United States Department of State ("the State Department") implemented these statutory provisions by adopting the International Traffic in Arms Regulations ("ITAR"), Title 22, Code of Federal Regulations, Parts 120 et seq. These regulations established the USML and required an export license for the export of any items on the list. With limited exceptions for the closest military allies of the United States, any export of items contained on the USML outside of the United States required the issuance of a license by the State Department prior to export or re-export.

4. Under 22 C.F.R. § 127.1 it was unlawful to export or attempt to export from the United States any defense article on the USML without a license from the Directorate of Defense Trade Controls ("DDTC") at the State Department.

//
//
//
//

**Count 1**

5. On or about June 29, 2019, within the Southern District of California, defendant QINGSHAN LI knowingly and willfully attempted to export from the United States to the PRC a defense article, that is, a Harris Falcon III AN/PRC 152A Radio ("the Radio"), which is designated as a defense article on the United States Munitions List, without having first obtained from the State Department a license or written authorization for such export.

All in violation of Title 22, United States Code, Sections 2778(b)(2) and 2778(c), and Title 22, Code of Federal Regulations, Sections 121.1, 123.1, and 127.1(a)(1).

DATED: July 10, 2019.

A TRUE BILL:

_____
Foreperson

ROBERT S. BREWER, JR.
United States Attorney

By: _____
JOHN N. PARMLEY
ALEXANDRA F. FOSTER
Assistant U.S. Attorneys

By: _____
NICHOLAS HUNTER
Trial Attorney, National Security Division
U.S. Department of Justice

3