ROBERT S. BREWER, Jr.
United States Attorney
ALEXANDRA F. FOSTER
Assistant U.S. Attorney
Washington D.C. Bar No. 470096
Federal Office Building
880 Front Street, Room 6293
San Diego, CA 92101-8893
Tel.: (619) 546-6735
Email: Alexandra.Foster@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19CR2564-CAB |
| Plaintiff, | |
| v. | MOTION FOR A PROTECTIVE ORDER REGARDING DISCOVERY |
| QINGSHAN LI, | |
| Defendants. | |

The UNITED STATES OF AMERICA, by and through its counsel Robert S. Brewer, Jr., United States Attorney, and Alexandra F. Foster, Assistant United States Attorney, moves pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, for this Court to enter a protective order to prevent premature and unwarranted disclosure of evidence to potential targets, subjects, witnesses, unrelated third parties and jurors.

//

//

//

1

The draft order was signed by defense counsel and submitted to chambers on July 16, 2019.

Respectfully submitted,

ROBERT S. BREWER, Jr.
United States Attorney

Dated: July 16, 2019          s/ Alexandra F. Foster
                              Alexandra F. Foster
                              Assistant United States Attorney