# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Criminal Case No. 19CR2564-CAB |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| QINGSHAN LI, | |
| Defendant. | |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to Count(s) ONE (1) of the Information.

**IT IS SO ORDERED.**

Dated: 10/24/2019

Hon. Cathy Ann Bencivengo
United States District Judge