UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19cr2564-CAB |
| Plaintiff, | PRELIMINARY ORDER OF CRIMINAL FORFEITURE |
| v. | |
| QINGSHAN LI, | |
| Defendant. | |

WHEREAS, in the Information, the United States sought forfeiture of all right, title and interest in properties of Defendant QINGSHAN LI ("Defendant"), pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 22, United States Code, Section 401(b), and Title 28, United States Code, Section 2461(c), as properties constituting, or derived from, proceeds obtained from or traceable to the violation of Title 22, United States Code, Sections 2778(b)(2) and 2778 (c), Title 22, Code of Federal Regulations, Section 121.1, 123.1, and 127.1(a)(1), 127.3 and Title 18, United States Code, Section 371, and all arms and munitions of war involved in the offense, as charged in the Information; and

WHEREAS, on or about September 19, 2019, Defendant pled guilty before U.S. Magistrate Judge Jill L. Burkhardt to Count 1 of the Information, which plea included consents to the forfeiture allegations of the Information, including forfeiture

//

of all properties seized in connection with the case, including, but not limited to, the following:

1. $2,844 in U.S. Currency
2. Map of North Island Naval Air Station
3. IPhone 10 XS Max, IMEI: 357320095793411
4. Harris Falcon III AN/PRC-152A (Serial # 522270)
5. Harris Falcon III AN/PRC-152 (Serial # 501724, F02823)
6. Harris 30 MHz-512 MHz 8W Antenna (Serial # 14304-2988-1)
7. Harris 30 MHz-870 MHz 8W Antenna (Serial # 12102-2700-01)
8. Harris 225 MHz-450 MHz Antenna (Serial # 14304-0375-1, 14304-1392-1)
9. Harris Radio Rechargeable battery (Serial # 3072364, 3007435, 3028436, 3001864, 42785)
10. Harris Peltor Headset (Serial # 00000012998)
11. Peltor Push to Talk (Serial # 0000078149)
12. Harris Double battery charger (Serial # UCC22511834)
13. Thales AC Adapter (Model # JTA0210P)
14. Sandisk Extreme SD card, #91010VFL715W; and

WHEREAS, on October 24, 2019 this Court accepted the guilty plea of Defendant; and

WHEREAS, by virtue of the facts set forth in the plea agreement and forfeiture addendum, the United States has established the requisite nexus between the forfeited properties and the offense; and

WHEREAS, by virtue of said guilty plea, the United States is now entitled to possession of the above-referenced properties, as proceeds of the offense and as arms and munitions of war pursuant to 18 U.S.C. § 981(a)(1)(C), 22 U.S.C. § 401(b), 28 U.S.C. § 2461(c) and Rule 32.2(b) of the Federal Rules of Criminal Procedure; and

WHEREAS, pursuant to Rule 32.2(b), the United States having requested the authority to take custody of the above-referenced properties which were found forfeitable by the Court; and

//
//

WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record, to review, and no objections having been received;

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Based upon the guilty plea of the Defendant, the United States is hereby authorized to take custody and control of the following assets, and all right, title and interest of Defendant QINGSHAN LI in the following properties are hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n):

   1. $2,844 in U.S. Currency
   2. Map of North Island Naval Air Station
   3. IPhone 10 XS Max, IMEI: 357320095793411
   4. Harris Falcon III AN/PRC-152A (Serial # 522270)
   5. Harris Falcon III AN/PRC-152 (Serial # 501724, F02823)
   6. Harris 30 MHz-512 MHz 8W Antenna (Serial # 14304-2988-1)
   7. Harris 30 MHz-870 MHz 8W Antenna (Serial # 12102-2700-01)
   8. Harris 225 MHz-450 MHz Antenna (Serial # 14304-0375-1, 14304-1392-1)
   9. Harris Radio Rechargeable battery (Serial # 3072364, 3007435, 3028436, 3001864, 42785)
   10. Harris Peltor Headset (Serial # 00000012998)
   11. Peltor Push to Talk (Serial # 0000078149)
   12. Harris Double battery charger (Serial # UCC22511834)
   13. Thales AC Adapter (Model # JTA0210P)
   14. Sandisk Extreme SD card, #91010VFL715W.

2. The aforementioned forfeited assets are to be held by the United States Naval Criminal Investigative Service in its secure custody and control.

3. Pursuant to Rule 32.2(b) and (c), the United States is hereby authorized to begin proceedings consistent with any statutory requirements pertaining to ancillary hearings and rights of third parties. The Court shall conduct ancillary proceedings as the Court deems appropriate only upon the receipt of timely third party petitions filed with the Court and served upon the United States. The Court may determine any petition without the need for further hearings upon the receipt of

the Government's response to any petition. The Court may enter an amended order without further notice to the parties.

4. Pursuant to the Attorney General's authority under Section 853(n)(1) of Title 21, United States Code, Rule 32.2(b)(6), Fed. R. Crim. P., and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States forthwith shall publish for thirty (30) consecutive days on the Government's forfeiture website, www.forfeiture.gov, notice of this Order, notice of the United States' intent to dispose of the properties in such manner as the Attorney General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in the above-listed forfeited properties must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

5. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

6. The United States shall also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the properties that are the subject of the Preliminary Order of Criminal Forfeiture, as a substitute for published notice as to those persons so notified.

7. Upon adjudication of all third-party interests, this Court will enter an Amended Order of Forfeiture pursuant to 21 U.S.C. § 853(n) as to the above-referenced assets, in which all interests will be addressed.

//
//
//

8. Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment.

IT IS SO ORDERED.

DATED: 12/11/19

Hon. Cathy Ann Bencivengo
United States District Judge