# UNITED STATES DISTRICT COURT
for the
Southern District of California

| The United States | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 19CR2564-CAB |
| Qingshan Li | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Qingshan Li

Date: 01/02/2020

*Attorney's signature*

Jonathan A. Rapel (SBN 285893)
*Printed name and bar number*
Demidchik Law Firm
923 E. Valley Blvd., Suite 268
San Gabriel, CA 91776

*Address*

jonathan@demidchiklawfirm.com
*E-mail address*

(626) 317-0033
*Telephone number*

(212) 810-7257
*FAX number*