# UNITED STATES DISTRICT COURT

Southern District of California

The United States of America

Plaintiff(s),

V.

Qingshan Li

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 19CR2564-CAB

Notice is hereby given that, subject to approval by the court, __Qingshan Li__ substitutes
(Party(s) Name)

__Jonathan A. Rapel__, State Bar No. __285893__ as counsel of record in
(Name of New Attorney)

place of __Lewis Steven Goldblatt__.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Demidchik Law Firm
Address: 923 E. Valley Blvd., Suite 268, San Gabriel, CA 91776
Telephone: 626-317-0033  Facsimile: 212-810-7257
E-Mail (Optional): jonathan@demidchiklawfirm.com

I consent to the above substitution.
Date: 01-02, 2020

*Qingshan Li*
*LI QING SHAN*
(Signature of Party(s))

I consent to being substituted.
Date: 01/03/2020

Lewis Steven Goldblatt
/s/ Lewis Steven Goldblatt
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 1/2/2020

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]